FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 09-87600 | | Trustee Name: | Janet G. Watts |
|---|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | | Date Filed (f) or Converted (c): | 10/19/2009 (f) |
| For the Period Ending: | 09/30/2018 | | §341(a) Meeting Date: | 11/20/2009 |
| | | | Claims Bar Date: | 01/03/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  SunTrust Bank Checking Account | $76.74 | $76.74 | | $76.74 | FA |
| 2  Void-Duplicate of Claim 1 | $0.00 | $0.00 | | $0.00 | FA |
| 3  ACCOUNTS RECEIVABLE (u) | $1,646,595.88 | $0.00 | | $0.00 | FA |
| Asset Notes:  Added by amendment | | | | | |
| 4  Office and Reception Room Furniture | $15,000.00 | $0.00 | OA | $6,500.00 | FA |
| Asset Notes:  Unsold furniture remaining in storage was abandoned. | | | | | |
| 5  Toshiba MRI, Office Computers | $10,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:  Toshiba MRI was formally abandoned. | | | | | |
| 6  Lawsuit against former investors (u) | $0.00 | $2,083,531.25 | | $250,002.02 | FA |
| 7  VOID duplicate | $15,000.00 | $15,000.00 | | $0.00 | FA |
| Asset Notes:  Unsold furniture remaining in storage | | | | | |
| 8  Lawsuit against Principals. Settled. (u) | $0.00 | $994,904.25 | | $17,400.00 | $184,100.00 FA |
| Asset Notes:  Judgments | | | | | |
| 9  Trustee obtained ownership of 220 Garner Road, Gay, GA 30218 after post-judgment levy. (u) | $0.00 | $128,047.50 | | $203,500.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $0.01 | FA |

**TOTALS (Excluding unknown value)**                                                                                            **Gross Value of Remaining Asset**

$1,686,672.62              $3,221,559.74              $477,478.77              $184,100.00

**Major Activities affecting case closing:**

Collection efforts continue on judgments against former principals who also pled guilty to federal charges stemming from activity similar to that for which Trustee obtained judgments. Trustee levied on and sold property of Cynthia and Dana Vinson in Meriwether County. Trustee filed an adversary against Shaaron Trell to recover funds transferred to her by Franklin Trell against whom Trustee obtained a judgment. The adversary was settled during mediation and the settlement has been approved by the Court. The lake property in Shaaron Trell's name was being marketed per agreement approved by court. However, Shaaron Trell filed a Chapter 7 bankruptcy on August 30, 2018 and is hoping to sell both of her properties.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 09-87600 | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | Date Filed (f) or Converted (c): | 10/19/2009 (f) |
| For the Period Ending: | 09/30/2018 | §341(a) Meeting Date: | 11/20/2009 |
| | | Claims Bar Date: | 01/03/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   12/31/2012        Current Projected Date Of Final Report (TFR):   12/31/2019        /s/ JANET G. WATTS

JANET G. WATTS

**FORM 2**

Page No: 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-87600 | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***5886 | Money Market Acct #: | ******8065 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 10/01/2017 | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 09/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/16/2010 | (1) | Palisades at West Paces Imaging Center, LLC | liquidation of bank account | 1129-000 | $76.74 | | $76.74 |
| 03/02/2010 | | Wire out to BNYM account ********8065 | Wire out to BNYM account ********8065 | 9999-000 | ($76.74) | | $0.00 |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($76.74) | $0.00 | |
| | | | **Subtotal** | | $76.74 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $76.74 | $0.00 | |

| For the period of 10/01/2017 to 09/30/2018 | | For the entire history of the account between 01/16/2010 to 9/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $76.74 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $0.00 | Total Comp/Non Comp Receipts | $76.74 |
| Total Internal/Transfer Receipts | $0.00 | Total Internal/Transfer Receipts | ($76.74) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 | Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements | $0.00 | Total Internal/Transfer Disbursements | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 09-87600 | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***5886 | Checking Acct #: | ******8065 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2017 | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 09/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | 9999-000 | $76.74 | | $76.74 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.01 | | $76.75 |
| 02/24/2012 | (4) | David S. Owens, MD, PC, Pt.. Ins. | Down payment on Suite 300 furniture per motion docket 91. Motion withdrawn when purchaser left premises and defaulted on payment schedule. | 1129-000 | $1,500.00 | | $1,576.75 |
| 03/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $1,551.75 |
| 04/06/2012 | (4) | David S. Owens, M.D., P.C., PT. INS. | Second installment payment per motion docket 91. Motion withdrawn when purchaser left premises and defaulted on payment schedule. | 1129-000 | $1,500.00 | | $3,051.75 |
| 04/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,026.75 |
| 05/21/2012 | (4) | JP Morgan Chase Bank NA | Vortexworks LLC for office furniture per order 6/2/2014 docket 134 | 1129-000 | $2,500.00 | | $5,526.75 |
| 05/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,501.75 |
| 06/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,476.75 |
| 07/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,451.75 |
| 08/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,426.75 |
| 09/28/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,401.75 |
| 10/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,376.75 |
| 11/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,351.75 |
| 12/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,326.75 |
| 01/03/2013 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********5088 ****0103 | 9999-000 | | $5,326.75 | $0.00 |

| | | | | **SUBTOTALS** | $5,576.75 | $5,576.75 | |

**FORM 2**                                                                                                          Page No: 3
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-87600 | |
| **Case Name:** | PALISADES AT WEST PACES IMAGING CEN | |
| **Primary Taxpayer ID #:** | **-***5886 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2017 | |
| **For Period Ending:** | 09/30/2018 | |

| | |
|---|---|
| **Trustee Name:** | Janet G. Watts |
| **Bank Name:** | The Bank of New York Mellon |
| **Checking Acct #:** | ******8065 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $30,390,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $5,576.75 | $5,576.75 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $76.74 | $5,326.75 | |
| | | | **Subtotal** | | $5,500.01 | $250.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5,500.01 | $250.00 | |

| | | | |
|---|---|---|---|
| **For the period of  10/01/2017 to 09/30/2018** | | **For the entire history of the account between 03/02/2010  to 9/30/2018** | |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $5,500.01 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $0.00 | Total Comp/Non Comp Receipts | $5,500.01 |
| Total Internal/Transfer Receipts | $0.00 | Total Internal/Transfer Receipts | $76.74 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $250.00 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp  Disbursements | $0.00 | Total Comp/Non Comp  Disbursements | $250.00 |
| Total Internal/Transfer  Disbursements | $0.00 | Total Internal/Transfer  Disbursements | $5,326.75 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-87600 | | Trustee Name: | Janet G. Watts |
|---|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5886 | | Checking Acct #: | ******7600 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/01/2017 | | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 09/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/26/2016 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $102,110.51 | | $102,110.51 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $31.88 | $102,078.63 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $164.65 | $101,913.98 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $159.08 | $101,754.90 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $164.13 | $101,590.77 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $158.57 | $101,432.20 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $163.61 | $101,268.59 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $163.34 | $101,105.25 |
| 02/07/2017 | 5001 | Barbara Bell Stalzer, P.C. | Per order entered 2/2/2017 Docket No. 160 | 3210-000 | | $33,391.50 | $67,713.75 |
| 02/07/2017 | 5002 | Barbara Bell Stalzer, P.C. | Per order entered 2/2/2017 Docket No. 160 | 3220-000 | | $4,191.20 | $63,522.55 |
| 02/07/2017 | 5003 | Janet G. Watts | Per order entered 2/6/2017 Docket 162 | 2100-000 | | $12,559.68 | $50,962.87 |
| 02/07/2017 | 5004 | Janet G. Watts | Per order entered 2/6/2017 Docket 162. | 2200-000 | | $1,246.10 | $49,716.77 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $106.66 | $49,610.11 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $80.02 | $49,530.09 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $77.31 | $49,452.78 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $73.47 | $49,379.31 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $70.99 | $49,308.32 |

| | | | | **SUBTOTALS** | $102,110.51 | $52,802.19 | |

**FORM 2**

Page No: 5

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-87600 | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5886 | Checking Acct #: | ******7600 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/01/2017 | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 09/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/28/2017 | | Thornton & Graham, P.C. | Sale of 220 Garner Road per order Docket No. 174 [6/19/2017] | * | $110,789.87 | | $160,098.19 |
| | {9} | | Sales price of real property    $203,500.00 | 1210-000 | | | $160,098.19 |
| | | | Payoff of judgment creditor, Toshiba America Medical Systems, Inc.    ($75,452.50) | 4120-000 | | | $160,098.19 |
| | | | 2016 property taxes Meriwether County    ($1,742.23) | 2820-000 | | | $160,098.19 |
| | | | Realtor Commission    ($14,245.00) | 3510-000 | | | $160,098.19 |
| | | | 2017 pro-rated taxes Meriwether County    ($904.95) | 2820-000 | | | $160,098.19 |
| | | | Reimbursement for utilities to Re/Max    ($70.00) | 3520-000 | | | $160,098.19 |
| | | | Reimburse septic letter to Re/Max    ($60.00) | 3520-000 | | | $160,098.19 |
| | | | Reimburse Re/Max for removal and installation of entry locks and gate.    ($235.45) | 3520-000 | | | $160,098.19 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $78.55 | $160,019.64 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $237.71 | $159,781.93 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $229.71 | $159,552.22 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $237.02 | $159,315.20 |
| 11/03/2017 | (8) | Judith A. Miranda | Per settlement Docket No.185 | 1241-000 | $400.00 | | $159,715.20 |
| 11/06/2017 | (8) | Regsdale, Beals, Seigler, Patterson & Gray | Per settlement Docket No. | 1241-000 | $13,000.00 | | $172,715.20 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $244.46 | $172,470.74 |
| 12/12/2017 | (8) | Judith A Miranda | per settlement Docket No. 185 | 1241-000 | $400.00 | | $172,870.74 |

SUBTOTALS    $124,589.87    $1,027.45

Case 09-87600-wlh   Doc 211   Filed 10/31/18   Entered 10/31/18 20:02:11   Desc
Page 8 of 14

FORM 2

Page No: 6

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-87600 | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5886 | Checking Acct #: | ******7600 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/01/2017 | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 09/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $256.57 | $172,614.17 |
| 01/05/2018 | 5005 | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | Approved Fees Per Order Docket No. 196 | 3210-000 | | $93,309.50 | $79,304.67 |
| 01/05/2018 | 5006 | Ragsdale, Beals, Seigler, Patteron & Gray, LLP | Expenses Approved Docket No. 196 | 3220-000 | | $7,477.86 | $71,826.81 |
| 01/11/2018 | (8) | Judith A. Miranda | | 1241-000 | $400.00 | | $72,226.81 |
| 01/30/2018 | 5007 | Barbara Bell Stalzer PC | Fees per Order Docket 201 | 3210-000 | | $24,000.00 | $48,226.81 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $150.55 | $48,076.26 |
| 02/14/2018 | (8) | Judith A. Miranda | | 1241-000 | $400.00 | | $48,476.26 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $71.68 | $48,404.58 |
| 03/05/2018 | (8) | Judith A. Miranda | Per Settlement Docket No. 185 | 1241-000 | $400.00 | | $48,804.58 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $72.39 | $48,732.19 |
| 04/05/2018 | (8) | Judith A. Miranda | Per Settlement Order Docket No. 185 | 1241-000 | $400.00 | | $49,132.19 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $70.54 | $49,061.65 |
| 05/04/2018 | (8) | Judith A. Miranda | Per Settlement Order Docket No. 185 | 1241-000 | $400.00 | | $49,461.65 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $73.34 | $49,388.31 |
| 06/05/2018 | (8) | Judith A. Miranda | Per Order Docket 185. | 1241-000 | $400.00 | | $49,788.31 |
| 06/26/2018 | 5008 | Stonebridge Accounting Strategies, Inc. | Per Order Docket No. 207 | 3410-000 | | $25,000.00 | $24,788.31 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $69.07 | $24,719.24 |
| 07/07/2018 | (8) | Judith A. Miranda | Per Settlement Order Docket No. 185 | 1241-000 | $400.00 | | $25,119.24 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $37.15 | $25,082.09 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $6.01 | $25,076.08 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($6.01) | $25,082.09 |
| 08/07/2018 | (8) | Judith A. Miranda | Per Order Docket No. 185 | 1241-000 | $400.00 | | $25,482.09 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $445.93 | $25,036.16 |
| 09/05/2018 | (8) | Judith A. Miranda | Per Order Docket No. 185 | 1241-000 | $400.00 | | $25,436.16 |
| | | | | SUBTOTALS | $3,600.00 | $151,034.58 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7

| Case No. | 09-87600 | | Trustee Name: | Janet G. Watts |
| --- | --- | --- | --- | --- |
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5886 | | Checking Acct #: | ******7600 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/01/2017 | | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 09/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($445.93) | $25,882.09 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $37.87 | $25,844.22 |

|  |  |  |
| --- | --- | --- |
| **TOTALS:** | $230,300.38 | $204,456.16 | $25,844.22 |
| Less: Bank transfers/CDs | $102,110.51 | $0.00 | |
| Subtotal | $128,189.87 | $204,456.16 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $128,189.87 | $204,456.16 | |

| For the period of 10/01/2017 to 09/30/2018 | | For the entire history of the account between 07/26/2016 to 9/30/2018 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $17,400.00 | Total Compensable Receipts: | $220,900.00 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $17,400.00 | Total Comp/Non Comp Receipts | $220,900.00 |
| Total Internal/Transfer Receipts | $0.00 | Total Internal/Transfer Receipts | $102,110.51 |
| | | | |
| Total Compensable Disbursements: | $151,108.00 | Total Compensable Disbursements: | $297,166.29 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $151,108.00 | Total Comp/Non Comp Disbursements | $297,166.29 |
| Total Internal/Transfer Disbursements | $0.00 | Total Internal/Transfer Disbursements | $0.00 |

FORM 2

Page No: 8

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-87600 | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***5886 | Checking Acct #: | ******3565 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2017 | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 09/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/04/2013 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | $5,326.75 | | $5,326.75 |
| 01/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $5,316.75 |
| 02/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $5,306.75 |
| 03/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $5,296.75 |
| 04/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $5,286.75 |
| 05/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $5,276.75 |
| 06/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $5,266.75 |
| 07/11/2013 | (6) | William Keith and Lin W Kennerly | Portion of settlement authorized by Court Docket 110 | 1241-000 | $13,888.89 | | $19,155.64 |
| 07/31/2013 | (6) | Dr. Stephen I. Oppenheimer | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $13,888.89 | | $33,044.53 |
| 07/31/2013 | (6) | Dr. Stephen I. Oppenheimer | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $13,888.89 | | $46,933.42 |
| 07/31/2013 | (6) | Fields Family Ventures, LLC | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $27,778.78 | | $74,712.20 |
| 07/31/2013 | (6) | JER, LLC | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $27,778.78 | | $102,490.98 |
| 07/31/2013 | (6) | Kenneth Smith | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $27,777.78 | | $130,268.76 |
| 07/31/2013 | (6) | Michael J. Coles | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $27,777.78 | | $158,046.54 |
| 07/31/2013 | (6) | RBLB Group, LLC | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $27,777.78 | | $185,824.32 |
| 07/31/2013 | (6) | Weiner Family Investments, LLC | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $13,888.89 | | $199,713.21 |
| 07/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $20.98 | $199,692.23 |

SUBTOTALS   $199,773.21   $80.98

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9

| Case No. | 09-87600 | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***5886 | Checking Acct #: | ******3565 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2017 | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 09/30/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/19/2013 | 21001 | Ragsdale, Beals, Seigler, Patterson & Gray LLP | Interim fees per Order entered 8-16-2013 Docket 124 | 3210-000 |  | $33,802.50 | $165,889.73 |
| 08/19/2013 | 21002 | Ragsdale, Beals, Seigler, Patterson & Gray LLP | Interim expenses per Order entered 8-16-2013 Docket 124 | 3220-000 |  | $1,519.10 | $164,370.63 |
| 08/19/2013 | 21003 | Stonebridge Accounting Strategies, Inc. | Accountant Interim Fees Per Order Entered 8-16-13 Docket 125 | 3410-000 |  | $52,599.00 | $111,771.63 |
| 08/19/2013 | 21004 | Stonebridge Accounting Strategies, Inc. | Accountant Interim Expenses Per Order Entered 8-16-13 Docket 125 | 3420-000 |  | $114.60 | $111,657.03 |
| 08/19/2013 | 21005 | Barbara Bell Stalzer P.C. | Attorney Interim Fees Per Order Entered 8-19-2013 Docket 128 | 3210-000 |  | $60,000.00 | $51,657.03 |
| 08/19/2013 | 21006 | Barbara Bell Stalzer P.C. | Attorney Interim Expenses Per Order Entered 8-19-2013 Docket 128 | 3220-000 |  | $575.73 | $51,081.30 |
| 08/30/2013 | (6) | EMANUEL S FIALKOWR | SETTLEMENT PAYMENT PER ORDER DOCKET 110 | 1241-000 | $13,888.89 |  | $64,970.19 |
| 08/30/2013 | (6) | PREMIER SPORTS | SETTLEMENT PAYMENT PER COURT ORDER DOCKET 110 | 1241-000 | $13,888.89 |  | $78,859.08 |
| 08/30/2013 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $218.34 | $78,640.74 |
| 09/04/2013 | (6) | Theo and Kristina Ratliff | Settlement Payment Per Order Entered 6/19/2013 Docket 110 | 1241-000 | $27,777.78 |  | $106,418.52 |
| 09/30/2013 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $139.97 | $106,278.55 |
| 10/31/2013 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $168.16 | $106,110.39 |
| 11/29/2013 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $142.44 | $105,967.95 |
| 12/31/2013 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $167.66 | $105,800.29 |
| 01/31/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $157.25 | $105,643.04 |
| 02/28/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $141.82 | $105,501.22 |
| 03/31/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $146.68 | $105,354.54 |
| 04/30/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $161.65 | $105,192.89 |
|  |  |  | **SUBTOTALS** |  | **$55,555.56** | **$150,054.90** |  |

Case 09-87600-wlh   Doc 211   Filed 10/31/18   Entered 10/31/18 20:02:11   Desc
Page 12 of 14

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 10

| Case No. | 09-87600 | | Trustee Name: | Janet G. Watts |
|---|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***5886 | | Checking Acct #: | ******3565 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2017 | | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 09/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $151.30 | $105,041.59 |
| 06/09/2014 | (4) | Anthony P. Dileo | Per Order Entered 6/2/2014. Docket No. 134 | 1129-000 | $1,000.00 | | $106,041.59 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $146.91 | $105,894.68 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $167.55 | $105,727.13 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $147.00 | $105,580.13 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $161.98 | $105,418.15 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $156.68 | $105,261.47 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $136.26 | $105,125.21 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $171.37 | $104,953.84 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $150.96 | $104,802.88 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $140.69 | $104,662.19 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $160.57 | $104,501.62 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $150.30 | $104,351.32 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $145.08 | $104,206.24 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $159.87 | $104,046.37 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $154.64 | $103,891.73 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $144.45 | $103,747.28 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $159.18 | $103,588.10 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $148.99 | $103,439.11 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $143.82 | $103,295.29 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $163.44 | $103,131.85 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $143.01 | $102,988.84 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $142.80 | $102,846.04 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $162.29 | $102,683.75 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $142.38 | $102,541.37 |
| | | | **SUBTOTALS** | | **$1,000.00** | **$3,651.52** | |

**FORM 2**

Page No: 11

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-87600 | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***5886 | Checking Acct #: | ******3565 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2017 | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 09/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $142.18 | $102,399.19 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $161.59 | $102,237.60 |
| 07/26/2016 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $127.09 | $102,110.51 |
| 07/26/2016 | | Integrity Bank | Transfer Funds | 9999-000 | | $102,110.51 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | $256,328.77 | $256,328.77 | $0.00 |
| Less: Bank transfers/CDs | $5,326.75 | $102,110.51 | |
| Subtotal | $251,002.02 | $154,218.26 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $251,002.02 | $154,218.26 | |

| For the period of 10/01/2017 to 09/30/2018 | | For the entire history of the account between 01/02/2013 to 9/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $251,002.02 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $0.00 | Total Comp/Non Comp Receipts | $251,002.02 |
| Total Internal/Transfer Receipts | $0.00 | Total Internal/Transfer Receipts | $5,326.75 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $154,218.26 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 | Total Comp/Non Comp Disbursements | $154,218.26 |
| Total Internal/Transfer Disbursements | $0.00 | Total Internal/Transfer Disbursements | $102,110.51 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 12

| Case No. | 09-87600 | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***5886 | Checking Acct #: | ******3565 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2017 | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 09/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $384,768.64 | $358,924.42 | $25,844.22 |

For the period of 10/01/2017 to 09/30/2018

| | |
|---|---|
| Total Compensable Receipts: | $17,400.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $17,400.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $151,108.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $151,108.00 |
| Total Internal/Transfer Disbursements | $0.00 |

For the entire history of the account between 01/02/2013 to 9/30/2018

| | |
|---|---|
| Total Compensable Receipts: | $477,478.77 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $477,478.77 |
| Total Internal/Transfer Receipts | $107,437.26 |
| | |
| Total Compensable Disbursements: | $451,634.55 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $451,634.55 |
| Total Internal/Transfer Disbursements | $107,437.26 |

/s/ JANET G. WATTS

JANET G. WATTS