UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In re: | § | Case No. 1:09-BK-87600-WLH |
|---|---|---|
| | § | |
| PALISADES AT WEST PACES IMAGING CEN | § § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Janet G. Watts, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,671,595.88 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $182,003.31 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $499,075.46 | | |

3) Total gross receipts of $681,078.77 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $681,078.77 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $61,000.00 | $75,452.50 | $75,452.50 | $75,452.50 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $499,075.46 | $499,075.46 | $499,075.46 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $185,049.19 | $185,049.19 | $106,550.81 |
| General Unsecured Claims (from **Exhibit 7**) | $8,619,923.99 | $11,209,781.44 | $11,209,781.44 | $0.00 |
| **Total Disbursements** | $8,680,923.99 | $11,969,358.59 | $11,969,358.59 | $681,078.77 |

4). This case was originally filed under chapter 7 on 10/19/2009. The case was pending for 123 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/21/2020    By: /s/ Janet G. Watts
                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Office and Reception Room Furniture | 1129-000 | $6,500.00 |
| SunTrust Bank Checking Account | 1129-000 | $76.74 |
| Trustee obtained ownership of 220 Garner Road, Gay, GA 30218 after post-judgment levy. | 1210-000 | $203,500.00 |
| Lawsuit against former investors | 1241-000 | $250,002.02 |
| Lawsuit against Principals/former employee. Settled. | 1241-000 | $221,000.00 |
| Interest Earned | 1270-000 | $0.01 |
| **TOTAL GROSS RECEIPTS** | | $681,078.77 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Payoff of judgment creditor, Toshiba America Medical Systems, Inc. | 4120-000 | $0.00 | $75,452.50 | $75,452.50 | $75,452.50 |
| | Batson Cook | 4210-000 | $61,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $61,000.00 | $75,452.50 | $75,452.50 | $75,452.50 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janet G. Watts, Trustee | 2100-000 | NA | $37,303.94 | $37,303.94 | $37,303.94 |
| Janet G. Watts, Trustee | 2200-000 | NA | $2,352.00 | $2,352.00 | $2,352.00 |
| Independent Bank | 2600-000 | NA | $37.87 | $37.87 | $37.87 |
| Integrity Bank | 2600-000 | NA | $3,242.45 | $3,242.45 | $3,242.45 |
| Rabobank, N.A. | 2600-000 | NA | $5,607.33 | $5,607.33 | $5,607.33 |
| The Bank of New York Mellon | 2600-000 | NA | $250.00 | $250.00 | $250.00 |
| 2016 property taxes Meriwether County | 2820-000 | NA | $1,742.23 | $1,742.23 | $1,742.23 |
| 2017 pro-rated taxes | 2820-000 | NA | $904.95 | $904.95 | $904.95 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Meriwether County | | | | | |
| Barbara Bell Stalzer, Attorney for Trustee | 3210-000 | NA | $142,273.00 | $142,273.00 | $142,273.00 |
| RAGSDALE BEALS, SEIGLER, PATTERSON & GRAY LLP, Attorney for Trustee | 3210-000 | NA | $184,058.50 | $184,058.50 | $184,058.50 |
| Barbara Bell Stalzer P.C., Attorney for Trustee | 3220-000 | NA | $4,766.93 | $4,766.93 | $4,766.93 |
| RAGSDALE BEALS, SEIGLER, PATTERSON & GRAY LLP, Attorney for Trustee | 3220-000 | NA | $9,534.21 | $9,534.21 | $9,534.21 |
| Stonebridge Accounting & Forensics, LLC, Accountant for Trustee | 3410-000 | NA | $92,277.00 | $92,277.00 | $92,277.00 |
| Stonebridge Accounting Strategies, Inc., Accountant for Trustee | 3420-000 | NA | $114.60 | $114.60 | $114.60 |
| Realtor Commission, Realtor for Trustee | 3510-000 | NA | $14,245.00 | $14,245.00 | $14,245.00 |
| Reimburse Re/Max for removal and installation of entry locks and gate., Realtor for Trustee | 3520-000 | NA | $235.45 | $235.45 | $235.45 |
| Reimburse septic letter to Re/Max, Realtor for Trustee | 3520-000 | NA | $60.00 | $60.00 | $60.00 |
| Reimbursement for utilities to Re/Max, Realtor for Trustee | 3520-000 | NA | $70.00 | $70.00 | $70.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $499,075.46 | $499,075.46 | $499,075.46 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | Fulton County Tax Commissioner Office | 5800-000 | $0.00 | $185,049.19 | $185,049.19 | $106,550.81 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $185,049.19 | $185,049.19 | $106,550.81 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Partitions, Inc. | 7100-000 | $675,913.94 | $622,274.79 | $622,274.79 | $0.00 |
| 3 | CIT Healthcare, LLC | 7100-000 | $3,926,597.00 | $4,759,814.64 | $4,759,814.64 | $0.00 |
| 4 | Toshiba America Medical Systems, Inc. | 7100-000 | $450,369.59 | $838,720.34 | $838,720.34 | $0.00 |
| 5 | William H. Stuart, M.D. | 7100-000 | $0.00 | $1,539,110.67 | $1,539,110.67 | $0.00 |
| 6 | Griffon Capital, LLC | 7100-000 | $0.00 | $3,500.00 | $3,500.00 | $0.00 |
| 7 | George D. Overend | 7100-000 | $3,452,693.00 | $3,446,361.00 | $3,446,361.00 | $0.00 |
| | C & G Technologies, Inc. | 7100-000 | $26,000.00 | $0.00 | $0.00 | $0.00 |
| | David S. Owens, MD PC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Mallory & Evans Service | 7100-000 | $1,350.46 | $0.00 | $0.00 | $0.00 |
| | Project Personnel Leasing, LLC | 7100-000 | $87,000.00 | $0.00 | $0.00 | $0.00 |
| | Traveler's Insurance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $8,619,923.99 | $11,209,781.44 | $11,209,781.44 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 09-87600-WLH | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | Date Filed (f) or Converted (c): | 10/19/2009 (f) |
| For the Period Ending: | 1/21/2020 | §341(a) Meeting Date: | 11/20/2009 |
| | | Claims Bar Date: | 01/03/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | SunTrust Bank Checking Account | $76.74 | $76.74 | | $76.74 | FA |
| 2 | Void-Duplicate of Claim 1 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE (u) | $1,646,595.88 | $0.00 | | $0.00 | FA |
| Asset Notes: | Added by amendment | | | | | |
| 4 | Office and Reception Room Furniture | $15,000.00 | $0.00 | OA | $6,500.00 | FA |
| Asset Notes: | Unsold furniture remaining in storage was abandoned. | | | | | |
| 5 | Toshiba MRI, Office Computers | $10,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Toshiba MRI was formally abandoned. | | | | | |
| 6 | Lawsuit against former investors (u) | $0.00 | $2,083,531.25 | | $250,002.02 | FA |
| 7 | VOID duplicate | $15,000.00 | $15,000.00 | | $0.00 | FA |
| Asset Notes: | Unsold furniture remaining in storage | | | | | |
| 8 | Lawsuit against Principals/former employee. Settled. (u) | $0.00 | $994,904.25 | | $221,000.00 | FA |
| Asset Notes: | Judgments | | | | | |
| 9 | Trustee obtained ownership of 220 Garner Road, Gay, GA 30218 after post-judgment levy. (u) | $0.00 | $128,047.50 | | $203,500.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.01 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                                **Gross Value of Remaining Assets**
                                    $1,686,672.62            $3,221,559.74                           $681,078.77           $0.00

**Major Activities affecting case closing:**
01/17/2020    Submit TDR.

| Initial Projected Date Of Final Report (TFR): | 12/31/2012 | Current Projected Date Of Final Report (TFR): | 07/30/2019 | /s/ JANET G. WATTS |
|---|---|---|---|---|
| | | | | JANET G. WATTS |

FORM 2     Page No: 1     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-87600-WLH | | Trustee Name: | Janet G. Watts |
|---|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***5886 | | Checking Acct #: | ******8065 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/19/2009 | | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 1/21/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | 9999-000 | $76.74 | | $76.74 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.01 | | $76.75 |
| 02/24/2012 | (4) | David S. Owens, MD, PC, Pt.. Ins. | Down payment on Suite 300 furniture per motion docket 91. Motion withdrawn when purchaser left premises and defaulted on payment schedule. | 1129-000 | $1,500.00 | | $1,576.75 |
| 03/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $1,551.75 |
| 04/06/2012 | (4) | David S. Owens, M.D., P.C., PT. INS. | Second installment payment per motion docket 91. Motion withdrawn when purchaser left premises and defaulted on payment schedule. | 1129-000 | $1,500.00 | | $3,051.75 |
| 04/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,026.75 |
| 05/21/2012 | (4) | JP Morgan Chase Bank NA | Vortexworks LLC for office furniture per order 6/2/2014 docket 134 | 1129-000 | $2,500.00 | | $5,526.75 |
| 05/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,501.75 |
| 06/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,476.75 |
| 07/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,451.75 |
| 08/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,426.75 |
| 09/28/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,401.75 |
| 10/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,376.75 |
| 11/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,351.75 |
| 12/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,326.75 |
| 01/03/2013 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********5088 ****0103 | 9999-000 | | $5,326.75 | $0.00 |

                                            **SUBTOTALS**     $5,576.75     $5,576.75

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-87600-WLH | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***5886 | Checking Acct #: | ******8065 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/19/2009 | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 1/21/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $5,576.75 | $5,576.75 | $0.00 |
| | | | Less: Bank transfers/CDs | | $76.74 | $5,326.75 | |
| | | | Subtotal | | $5,500.01 | $250.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $5,500.01 | $250.00 | |

| For the period of 10/19/2009 to 1/21/2020 | | For the entire history of the account between 03/02/2010 to 1/21/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,500.01 | Total Compensable Receipts: | $5,500.01 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,500.01 | Total Comp/Non Comp Receipts: | $5,500.01 |
| Total Internal/Transfer Receipts: | $76.74 | Total Internal/Transfer Receipts: | $76.74 |
| | | | |
| Total Compensable Disbursements: | $250.00 | Total Compensable Disbursements: | $250.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $250.00 | Total Comp/Non Comp Disbursements: | $250.00 |
| Total Internal/Transfer Disbursements: | $5,326.75 | Total Internal/Transfer Disbursements: | $5,326.75 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-87600-WLH | | Trustee Name: | Janet G. Watts |
|---|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***5886 | | Money Market Acct #: | ******8065 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 10/19/2009 | | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 1/21/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/16/2010 | (1) | Palisades at West Paces Imaging Center, LLC | liquidation of bank account | 1129-000 | $76.74 | | $76.74 |
| 03/02/2010 | | Wire out to BNYM account ********8065 | Wire out to BNYM account ********8065 | 9999-000 | ($76.74) | | $0.00 |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($76.74) | $0.00 | |
| | | | **Subtotal** | | $76.74 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $76.74 | $0.00 | |

| **For the period of 10/19/2009 to 1/21/2020** | | **For the entire history of the account between 01/16/2010 to 1/21/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $76.74 | Total Compensable Receipts: | $76.74 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $76.74 | Total Comp/Non Comp Receipts: | $76.74 |
| Total Internal/Transfer Receipts: | ($76.74) | Total Internal/Transfer Receipts: | ($76.74) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-87600-WLH | | Trustee Name: | Janet G. Watts |
|---|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5886 | | Checking Acct #: | ******7600 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/19/2009 | | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 1/21/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/26/2016 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $102,110.51 | | $102,110.51 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $31.88 | $102,078.63 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $164.65 | $101,913.98 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $159.08 | $101,754.90 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $164.13 | $101,590.77 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $158.57 | $101,432.20 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $163.61 | $101,268.59 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $163.34 | $101,105.25 |
| 02/07/2017 | 5001 | Barbara Bell Stalzer, P.C. | Per order entered 2/2/2017 Docket No. 160 | 3210-000 | | $33,391.50 | $67,713.75 |
| 02/07/2017 | 5002 | Barbara Bell Stalzer, P.C. | Per order entered 2/2/2017 Docket No. 160 | 3220-000 | | $4,191.20 | $63,522.55 |
| 02/07/2017 | 5003 | Janet G. Watts | Per order entered 2/6/2017 Docket 162 | 2100-000 | | $12,559.68 | $50,962.87 |
| 02/07/2017 | 5004 | Janet G. Watts | Per order entered 2/6/2017 Docket 162. | 2200-000 | | $1,246.10 | $49,716.77 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $106.66 | $49,610.11 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $80.02 | $49,530.09 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $77.31 | $49,452.78 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $73.47 | $49,379.31 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $70.99 | $49,308.32 |
| 07/28/2017 | | Thornton & Graham, P.C. | Sale of 220 Garner Road per order Docket No. 174 [6/19/2017] | * | $110,789.87 | | $160,098.19 |
| | {9} | | Sales price of real property $203,500.00 | 1210-000 | | | $160,098.19 |
| | | | Payoff of judgment creditor, Toshiba America Medical Systems, Inc. $(75,452.50) | 4120-000 | | | $160,098.19 |
| | | | 2016 property taxes Meriwether County $(1,742.23) | 2820-000 | | | $160,098.19 |
| | | | Realtor Commission $(14,245.00) | 3510-000 | | | $160,098.19 |
| | | | 2017 pro-rated taxes Meriwether County $(904.95) | 2820-000 | | | $160,098.19 |
| | | | Reimbursement for utilities to Re/Max $(70.00) | 3520-000 | | | $160,098.19 |
| | | | Reimburse septic letter to Re/Max $(60.00) | 3520-000 | | | $160,098.19 |
| | | | Reimburse Re/Max for removal and installation of entry locks and gate. $(235.45) | 3520-000 | | | $160,098.19 |
| | | | SUBTOTALS | | $212,900.38 | $52,802.19 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-87600-WLH | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5886 | Checking Acct #: | ******7600 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/19/2009 | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 1/21/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $78.55 | $160,019.64 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $237.71 | $159,781.93 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $229.71 | $159,552.22 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $237.02 | $159,315.20 |
| 11/03/2017 | (8) | Judith A. Miranda | Per settlement Docket No.185 | 1241-000 | $400.00 | | $159,715.20 |
| 11/06/2017 | (8) | Regsdale, Beals, Seigler, Patterson & Gray | Per settlement Docket No. 184 | 1241-000 | $13,000.00 | | $172,715.20 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $244.46 | $172,470.74 |
| 12/12/2017 | (8) | Judith A Miranda | per settlement Docket No. 185 | 1241-000 | $400.00 | | $172,870.74 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $256.57 | $172,614.17 |
| 01/05/2018 | 5005 | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | Approved Fees Per Order Docket No. 196 | 3210-000 | | $93,309.50 | $79,304.67 |
| 01/05/2018 | 5006 | Ragsdale, Beals, Seigler, Patteron & Gray, LLP | Expenses Approved Docket No. 196 | 3220-000 | | $7,477.86 | $71,826.81 |
| 01/11/2018 | (8) | Judith A. Miranda | Per Settlement Docket No. 185 | 1241-000 | $400.00 | | $72,226.81 |
| 01/30/2018 | 5007 | Barbara Bell Stalzer PC | Fees per Order Docket 201 | 3210-000 | | $24,000.00 | $48,226.81 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $150.55 | $48,076.26 |
| 02/14/2018 | (8) | Judith A. Miranda | Per Settlement Docket No. 185 | 1241-000 | $400.00 | | $48,476.26 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $71.68 | $48,404.58 |
| 03/05/2018 | (8) | Judith A. Miranda | Per Settlement Docket No. 185 | 1241-000 | $400.00 | | $48,804.58 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $72.39 | $48,732.19 |
| 04/05/2018 | (8) | Judith A. Miranda | Per Settlement Order Docket No. 185 | 1241-000 | $400.00 | | $49,132.19 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $70.54 | $49,061.65 |
| 05/04/2018 | (8) | Judith A. Miranda | Per Settlement Order Docket No. 185 | 1241-000 | $400.00 | | $49,461.65 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $73.34 | $49,388.31 |
| 06/05/2018 | (8) | Judith A. Miranda | Per Order Docket 185. | 1241-000 | $400.00 | | $49,788.31 |
| 06/26/2018 | 5008 | Stonebridge Accounting Strategies, Inc. | Per Order Docket No. 207 | 3410-000 | | $25,000.00 | $24,788.31 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $69.07 | $24,719.24 |
| 07/07/2018 | (8) | Judith A. Miranda | Per Settlement Order Docket No. 185 | 1241-000 | $400.00 | | $25,119.24 |
| | | | | SUBTOTALS | $16,600.00 | $151,578.95 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-87600-WLH | | Trustee Name: | Janet G. Watts |
|---|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5886 | | Checking Acct #: | ******7600 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/19/2009 | | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 1/21/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $37.15 | $25,082.09 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $6.01 | $25,076.08 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($6.01) | $25,082.09 |
| 08/07/2018 | (8) | Judith A. Miranda | Per Order Docket No. 185 | 1241-000 | $400.00 | | $25,482.09 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $445.93 | $25,036.16 |
| 09/05/2018 | (8) | Judith A. Miranda | Per Order Docket No. 185 | 1241-000 | $400.00 | | $25,436.16 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($445.93) | $25,882.09 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $37.87 | $25,844.22 |
| 10/08/2018 | (8) | Judith A. Miranda | Per Settlement Order Docket No. 185 | 1241-000 | $400.00 | | $26,244.22 |
| 11/07/2018 | (8) | Judith A. Miranda | Final payment per settlement order docket no. 185 | 1241-000 | $200.00 | | $26,444.22 |
| 06/21/2019 | (8) | Jordan E. Lubin, Trustee | Per Settlement Order DE 60. Settlement with Bankruptcy Estate of Shaaron Trell | 1241-000 | $203,000.00 | | $229,444.22 |
| 09/27/2019 | 5009 | Barbara Bell Stalzer | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 142,273.00; Amount Allowed: 142,273.00; | 3210-000 | | $24,881.50 | $204,562.72 |
| 09/27/2019 | 5010 | Janet G. Watts | Trustee Compensation | 2100-000 | | $24,744.26 | $179,818.46 |
| 09/27/2019 | 5011 | Janet G. Watts | Trustee Expenses | 2200-000 | | $1,105.90 | $178,712.56 |
| 09/27/2019 | 5012 | RAGSDALE BEALS, SEIGLER, PATTERSON & GRAY LLP | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 184,058.50; Amount Allowed: 184,058.50; | 3210-000 | | $56,946.50 | $121,766.06 |
| 09/27/2019 | 5013 | RAGSDALE BEALS, SEIGLER, PATTERSON & GRAY LLP | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 9,534.21; Amount Allowed: 9,534.21; | 3220-000 | | $537.25 | $121,228.81 |
| 09/27/2019 | 5014 | Stonebridge Accounting & Forensics, LLC | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 92,277.00; Amount Allowed: 92,277.00; | 3410-000 | | $14,678.00 | $106,550.81 |
| 09/27/2019 | 5015 | Fulton County Tax Commissioner Office | Distribution Dividend: 57.58; Claim #: 1; Amount Claimed: 185,049.19; Amount Allowed: 185,049.19; | 5800-000 | | $106,550.81 | $0.00 |

| | | | | SUBTOTALS | $204,400.00 | $229,519.24 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-87600-WLH | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5886 | Checking Acct #: | ******7600 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/19/2009 | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 1/21/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $433,900.38 | $433,900.38 | $0.00 |
| | | | Less: Bank transfers/CDs | | $102,110.51 | $0.00 | |
| | | | **Subtotal** | | $331,789.87 | $433,900.38 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $331,789.87 | $433,900.38 | |

| For the period of 10/19/2009 to 1/21/2020 | | For the entire history of the account between 07/26/2016 to 1/21/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $424,500.00 | Total Compensable Receipts: | $424,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $424,500.00 | Total Comp/Non Comp Receipts: | $424,500.00 |
| Total Internal/Transfer Receipts: | $102,110.51 | Total Internal/Transfer Receipts: | $102,110.51 |
| | | | |
| Total Compensable Disbursements: | $526,610.51 | Total Compensable Disbursements: | $526,610.51 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $526,610.51 | Total Comp/Non Comp Disbursements: | $526,610.51 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 09-87600-WLH | | Trustee Name: | Janet G. Watts |
| --- | --- | --- | --- | --- |
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***5886 | | Checking Acct #: | ******3565 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/19/2009 | | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 1/21/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/04/2013 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | $5,326.75 | | $5,326.75 |
| 01/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $5,316.75 |
| 02/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $5,306.75 |
| 03/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $5,296.75 |
| 04/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $5,286.75 |
| 05/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $5,276.75 |
| 06/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $5,266.75 |
| 07/11/2013 | (6) | William Keith and Lin W Kennerly | Portion of settlement authorized by Court Docket 110 | 1241-000 | $13,888.89 | | $19,155.64 |
| 07/31/2013 | (6) | Dr. Stephen I. Oppenheimer | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $13,888.89 | | $33,044.53 |
| 07/31/2013 | (6) | Dr. Stephen I. Oppenheimer | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $13,888.89 | | $46,933.42 |
| 07/31/2013 | (6) | Fields Family Ventures, LLC | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $27,778.78 | | $74,712.20 |
| 07/31/2013 | (6) | JER, LLC | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $27,778.78 | | $102,490.98 |
| 07/31/2013 | (6) | Kenneth Smith | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $27,777.78 | | $130,268.76 |
| 07/31/2013 | (6) | Michael J. Coles | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $27,777.78 | | $158,046.54 |
| 07/31/2013 | (6) | RBLB Group, LLC | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $27,777.78 | | $185,824.32 |
| 07/31/2013 | (6) | Weiner Family Investments, LLC | Per Order on Compromise and Settlement [Docket 110} Entered 6/19/2013 | 1241-000 | $13,888.89 | | $199,713.21 |
| 07/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $20.98 | $199,692.23 |
| 08/19/2013 | 21001 | Ragsdale, Beals, Seigler, Patterson & Gray LLP | Interim fees per Order entered 8-16-2013 Docket 124 | 3210-000 | | $33,802.50 | $165,889.73 |

| | | | | SUBTOTALS | $199,773.21 | $33,883.48 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-87600-WLH | | Trustee Name: | Janet G. Watts |
|---|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***5886 | | Checking Acct #: | ******3565 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/19/2009 | | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 1/21/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/19/2013 | 21002 | Ragsdale, Beals, Seigler, Patterson & Gray LLP | Interim expenses per Order entered 8-16-2013 Docket 124 | 3220-000 | | $1,519.10 | $164,370.63 |
| 08/19/2013 | 21003 | Stonebridge Accounting Strategies, Inc. | Accountant Interim Fees Per Order Entered 8-16-13 Docket 125 | 3410-000 | | $52,599.00 | $111,771.63 |
| 08/19/2013 | 21004 | Stonebridge Accounting Strategies, Inc. | Accountant Interim Expenses Per Order Entered 8-16-13 Docket 125 | 3420-000 | | $114.60 | $111,657.03 |
| 08/19/2013 | 21005 | Barbara Bell Stalzer P.C. | Attorney Interim Fees Per Order Entered 8-19-2013 Docket 128 | 3210-000 | | $60,000.00 | $51,657.03 |
| 08/19/2013 | 21006 | Barbara Bell Stalzer P.C. | Attorney Interim Expenses Per Order Entered 8-19-2013 Docket 128 | 3220-000 | | $575.73 | $51,081.30 |
| 08/30/2013 | (6) | EMANUEL S FIALKOWR | SETTLEMENT PAYMENT PER ORDER DOCKET 110 | 1241-000 | $13,888.89 | | $64,970.19 |
| 08/30/2013 | (6) | PREMIER SPORTS | SETTLEMENT PAYMENT PER COURT ORDER DOCKET 110 | 1241-000 | $13,888.89 | | $78,859.08 |
| 08/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $218.34 | $78,640.74 |
| 09/04/2013 | (6) | Theo and Kristina Ratliff | Settlement Payment Per Order Entered 6/19/2013 Docket 110 | 1241-000 | $27,777.78 | | $106,418.52 |
| 09/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $139.97 | $106,278.55 |
| 10/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $168.16 | $106,110.39 |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $142.44 | $105,967.95 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $167.66 | $105,800.29 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $157.25 | $105,643.04 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $141.82 | $105,501.22 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $146.68 | $105,354.54 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $161.65 | $105,192.89 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $151.30 | $105,041.59 |
| 06/09/2014 | (4) | Anthony P. Dileo | Per Order Entered 6/2/2014. Docket No. 134 | 1129-000 | $1,000.00 | | $106,041.59 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $146.91 | $105,894.68 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $167.55 | $105,727.13 |
| | | | **SUBTOTALS** | | **$56,555.56** | **$116,718.16** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-87600-WLH | | Trustee Name: | Janet G. Watts |
|---|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***5886 | | Checking Acct #: | ******3565 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/19/2009 | | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 1/21/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $147.00 | $105,580.13 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $161.98 | $105,418.15 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $156.68 | $105,261.47 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $136.26 | $105,125.21 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $171.37 | $104,953.84 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $150.96 | $104,802.88 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $140.69 | $104,662.19 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $160.57 | $104,501.62 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $150.30 | $104,351.32 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $145.08 | $104,206.24 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $159.87 | $104,046.37 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $154.64 | $103,891.73 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $144.45 | $103,747.28 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $159.18 | $103,588.10 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $148.99 | $103,439.11 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $143.82 | $103,295.29 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $163.44 | $103,131.85 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $143.01 | $102,988.84 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $142.80 | $102,846.04 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $162.29 | $102,683.75 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $142.38 | $102,541.37 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $142.18 | $102,399.19 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $161.59 | $102,237.60 |
| 07/26/2016 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $127.09 | $102,110.51 |
| 07/26/2016 | | Integrity Bank | Transfer Funds | 9999-000 | | $102,110.51 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $105,727.13 |

**FORM 2**
Page No: 11    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-87600-WLH | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***5886 | Checking Acct #: | ******3565 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/19/2009 | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 1/21/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $256,328.77 | $256,328.77 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $5,326.75 | $102,110.51 | |
|  |  |  | Subtotal | | $251,002.02 | $154,218.26 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $251,002.02 | $154,218.26 | |

| For the period of 10/19/2009 to 1/21/2020 | | For the entire history of the account between 01/02/2013 to 1/21/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $251,002.02 | Total Compensable Receipts: | $251,002.02 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $251,002.02 | Total Comp/Non Comp Receipts: | $251,002.02 |
| Total Internal/Transfer Receipts: | $5,326.75 | Total Internal/Transfer Receipts: | $5,326.75 |
| | | | |
| Total Compensable Disbursements: | $154,218.26 | Total Compensable Disbursements: | $154,218.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $154,218.26 | Total Comp/Non Comp Disbursements: | $154,218.26 |
| Total Internal/Transfer Disbursements: | $102,110.51 | Total Internal/Transfer Disbursements: | $102,110.51 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 09-87600-WLH | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | PALISADES AT WEST PACES IMAGING CEN | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***5886 | Checking Acct #: | ******3565 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking Account |
| For Period Beginning: | 10/19/2009 | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 1/21/2020 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $588,368.64 | $588,368.64 | $0.00 |

**For the period of 10/19/2009 to 1/21/2020**

| Total Compensable Receipts: | $681,078.77 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $681,078.77 |
| Total Internal/Transfer Receipts: | $107,437.26 |
| | |
| Total Compensable Disbursements: | $681,078.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $681,078.77 |
| Total Internal/Transfer Disbursements: | $107,437.26 |

**For the entire history of the case between 10/19/2009 to 1/21/2020**

| Total Compensable Receipts: | $681,078.77 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $681,078.77 |
| Total Internal/Transfer Receipts: | $107,437.26 |
| | |
| Total Compensable Disbursements: | $681,078.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $681,078.77 |
| Total Internal/Transfer Disbursements: | $107,437.26 |

/s/ JANET G. WATTS

JANET G. WATTS